IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

AMBER BALTIMORE, TAYLOR LEDBETTER, and CODY AINSWORTH, as surviving children and next of kin of RONNIE GLENN LEDBETTER,

    Plaintiff,

vs.

GRUNDY COUNTY, TN;

Justin Graham, Jayven Bess, Kenneth Nunley, Brandon King, and David Young, in their individual capacities as officers of the Grundy County Sheriff's Department;

GRUNDY COUNTY JAIL;

Joshua Turner in his individual capacity as a correctional officer for the Grundy County Jail;

    Defendants.

Case No. 1:25-cv-00174-TRM-CHS

## CONSENT TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs, with the consent of Defendants, hereby respectfully move this Honorable Court for leave to file the attached Amended Complaint in substitution of the original Complaint filed on May 27, 2025.

Counsel for Defendant has expressly consented to the filing of the Amended Complaint, as evidenced by their signature below.

Wherefore, Plaintiffs respectfully request that the Court enter an Order granting leave to amend and directing the Clerk to file the Amended Complaint as of the date of entry of such Order.

RESPECTFULLY SUBMITTED on the **22nd** day of September 2025,

**The Law Offices of David J. McKenzie**

By: /s/ David J. McKenzie
David J. McKenzie BPR #025563
205 West Commerce Street
Lewisburg, TN 37091
david@davidmckenzielaw.com
T: (931) 359-7305
F: (931) 422-5154

**Spicer Rudstrom, PLLC**

By: /s/ B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr. BPR #019105
Attorney for Defendants
537 Market Street –Suite 203
Chattanooga, TN 37401-1241
thickey@spicerfirm.com
T: (423) 756-0262
F: (423) 756-8489